# AFFIDAVIT OF SERVICE

State of ILLINOIS     County of NORTHERN DISTRICT     United States District Court

Case Number: 08CV 2683

Plaintiff:
**ROSIE RIVERA- CROUTHER**

vs.

Defendant:
**NATIONWIDE COLLECTIONS, INC.**

For:
Craig Shapiro
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 E Washington St Ste 900
Chicago, IL 60602

Received by Jim Mosley Process Service on the 13th day of May, 2008 at 10:15 am to be served on **NATIONWIDE COLLECTIONS, INC. C/O PHILLIP A MCGARVEY ( REGISTERED AGENT OF NATIONWIDE COLLECTIONS, INC.), 805 VIRGINA AVE, FORT PIERCE, FL.**

I, Jim Mosley, being duly sworn, depose and say that on the **22nd day of May, 2008** at **10:48 am**, I:

**CORPORATE:** served by delivering a true copy of the **SUMMONS IN A CIVIL CASE, and FIRST AMENDED COMPLAINT, and ATTACHMENT** with the date and hour of service endorsed thereon by me, to: **PHILLIP A MCGARVEY** as R/A for **NATIONWIDE COLLECTIONS, INC. C/O PHILLIP A MCGARVEY ( REGISTERED AGENT OF NATIONWIDE COLLECTIONS, INC.),** at the address of: **805 VIRGINA AVE, FORT PIERCE, FL 34982**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 22nd day of May, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC


KAREN D. SIMMONS
Commission DD 692745
Expires July 5, 2011
Bonded Thru Troy Fain Insurance 800-385-7019

Jim Mosley
PS #00-13

Jim Mosley Process Service
5100 Pinetree Dr.
Fort Pierce, FL 34982
(772) 464-6404

Our Job Serial Number: 2008002186

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.1c

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Rosie Rivera-Crouther

V.

Nationwide Collections, Inc.

CASE NUMBER: 08CV 2683

ASSIGNED JUDGE: JUDGE HOLDERMAN
MAGISTRATE JUDGE KEYS

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Nationwide Collections, Inc.
c/o Phillip A. McGarvey (Registered Agent of Nationwide Collections, Inc.)
9407 Poinciana Court
Fort Pierce   FL   34951

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Craig M. Shapiro
Horwitz, Horwitz & Associates, Ltd.
25 E Washington St Ste 900
Chicago IL 60602

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_/s/ Nadine Shirley_
**(By) DEPUTY CLERK**

May 9, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5-22-08 |

| NAME OF SERVER (PRINT) Jimmy L. Mozley | TITLE CPS 0013 |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Corporate service to Phillip A. McGarvey as Registered Agent for Nationwide Collections, Inc.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/22/08
             Date                  Signature of Server

              Fort Pierce, FL. 34982
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.