IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSIE RIVERA-CROUTHER<br><br>            Plaintiff,<br><br>      v.<br><br>NATIONWIDE COLLECTIONS, INC,<br><br>            Defendant. | REQUEST FOR ENTRY OF DEFAULT<br><br>Civil Action No. 08-cv-2683<br><br>Judge Holderman<br><br>Magistrate Judge Keys |

### REQUEST FOR ENTRY OF DEFAULT

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Rosie Rivera-Crouther hereby requests the Clerk of Court to enter default as to Defendant Nationwide Collections, Inc. and states the following in support:

1.      Plaintiff filed her First Amended Complaint alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*, on May 12, 2008. Docket # 7.

2.      Defendant was served with Summons and the First Amended Complaint on May 22, 2008. Defendant's Answer was due June 11, 2008. Docket # 8.

3.      Defendant has failed to file an Answer pursuant to the Summons served upon it.

4.      After default is entered, Plaintiff will file a motion to prove-up damages.

//
//
//
//

WHEREFORE, pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Rosie Rivera-Crouther hereby requests the Clerk of Court to enter default as to Defendant Nationwide Collections, Inc.

 s/ Craig M. Shapiro
Craig M. Shapiro
O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES, LTD..
25 East Washington Street Suite 900
Chicago, Illinois 60602
(312) 372-8822
(312) 372-1673  (Facsimile)

ATTORNEYS FOR PLAINTIFF ROSIE RIVERA