IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

| | |
|---|---|
| ROSIE RIVERA-CROUTHER | NOTICE OF MOTION |
| Plaintiff, | Civil Action No. 08-cv-2683 |
| v. | Judge Holderman |
| NATIONWIDE COLLECTIONS, INC, | Magistrate Judge Keys |
| Defendant. | |

---

**NOTICE OF MOTION**

TO:　Nationwide Collections, Inc.
　　　c/o Phillip A. McGarvey (Registered Agent of Nationwide Collections, Inc.)
　　　9407 Poinciana Court
　　　Fort Pierce  FL  34951

　　　PLEASE TAKE NOTICE that on the 8th of July, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Holderman, in Courtroom 2541 of the United States District Court for the Northern District of Illlinois, 219 South Dearborn Street, Chicago, Illinois, to present Plaintiff's Request for Entry of Defualt, a copy of which is attached hereto and hereby served upon you.

Date:　June 27, 2008　　　　　 s/ Craig M. Shapiro
　　　　　　　　　　　　　　　Craig M. Shapiro
　　　　　　　　　　　　　　　O. Randolph Bragg
　　　　　　　　　　　　　　　HORWITZ, HORWITZ & ASSOCIATES, LTD..
　　　　　　　　　　　　　　　25 East Washington Street Suite 900
　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　(312) 372-8822; (312) 372-1673  (FAX)

　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

    I, Craig M. Shapiro, certify that on June 27, 2008, I sent a copy of the foregoing document, Notice of Motion, as well as a copy of Plaintiff's Request for Entry of Default, by First Class U.S. Postal Mail to the following:

        Phillip A. McGarvey
        9407 Poinciana Court
        Fort Pierce  FL  34951

        REGISTERED AGENT OF DEFENDANT

         s/ Craig M. Shapiro
        Craig M. Shapiro