**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Rosie Rivera−Crouther
                    Plaintiff,

v.                                            Case No.: 1:08−cv−02683
                                                            Honorable James F. Holderman

Nationwide Collections, Inc
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

      MINUTE entry before the Honorable James F. Holderman: Enter order of default in favor of the plaintiff and against the defendant, Nationwide Collections, Inc. for failure to answer or otherwise plead to the complaint. Prove−up (by affidavit) hearing is set for 7/31/2008 at 9:00 AM. Prove−up materials to be submitted by 7/29/2008. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.