**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

---

| | |
|---|---|
| ROSIE RIVERA-CROUTHER | **DECLARATION OF ROSIE RIVERA-CROUTHER IN SUPPORT OF PROVE-UP OF DAMAGES** |
| Plaintiff, | |
| v. | Civil Action No. 08-cv-2683 |
| NATIONWIDE COLLECTIONS, INC, | |
| Defendant. | **Judge Holderman** **Magistrate Judge Keys** |

---

**DECLARATION OF ROSIE RIVERA-CROUTHER**
**IN SUPPORT OF PROVE-UP OF DAMAGES**

I, Rosie Rivera-Crouther, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true and correct:

1.    I am the Plaintiff in this lawsuit.

2.    I reside in Aurora, Illinois.

3.    I received a collection letter from Nationwide Collections, Inc. dated January 31, 2008.

4.    A true and correct copy of the letter I received from Nationwide Collections, Inc. is attached to my First Amended Complaint as Exhibit A.

5.    I never had an account with Columbia House.

6.    On February 9, 2008, I called Nationwide several times without being connected to a live person.

7.    On February 11, 2008, a female employee of Nationwide returned my calls.

8.    I asked why the bill was sent to me since I did not have a Columbia House account.

9.    The caller stated that I had made previous payments on the account.

10.    I denied making any payments on the account.

11.    The caller asked me if I had lived at 1619 Country Lakes Drive. I stated that she did four to five years ago.

12.    I stated that I would not pay this alleged debt.

13.    The caller stated that I could do as I please and that she would make a note that I denied payment.

14.    I have not paid this alleged debt.

15.    As of today's date, Nationwide has not sued me.

Executed in Chicago, Illinois, on ___July 28th___, 2008.

Rosie Rivera-Crouther
Aurora, Illinois