UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Rosie Rivera−Crouther
                        Plaintiff,

v.                                              Case No.: 1:08−cv−02683
                                              Honorable James F. Holderman

Nationwide Collections, Inc
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable James F. Holderman: Prove−up hearing held on 7/31/2008. It is ordered that default judgment is entered in favor of the plaintiff, Rose Rivera−Crouther and against the defendant, Nationwide Collections, Inc. in the amount of $2000.00 for statutory damages, in the amount of $385.79 for costs, and in the amount of $4,629.00 for attorney fees for a total amount of $7,014.79. Civil case terminated. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.