# United States District Court
## Northern District of Illinois
Eastern Division

Rosie Rivera-Crouther　　　　　　　　　**JUDGMENT IN A CIVIL CASE**

　　　　v.　　　　　　　　　　　　　　Case Number: 08 C 2683

Nationwide Collections, Inc.

☐　　Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■　　Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that default judgment is entered in favor of the plaintiff, Rose Rivera-Crouther and against the defendant, Nationwide Collections, Inc. in the amount of $2000.00 for statutory damages, in the amount of $385.79 for costs, and in the amount of $4,629.00 for attorney fees for a total amount of $7,014.79.

　　　　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk of Court

Date: 7/31/2008　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　/s/ Alyce Mobley-Morris, Deputy Clerk